UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KARL AHLERS,

        Plaintiff,

    -v-

JEFFERY NOWICKI, Chief of SOTP,
CNYPC; BARBARA MILLER, Director of
Administrative Services, CNYPC; CYNTHIA
COMSTOCK, Nurse Administrator, SOTP,
CNYPC,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

No. 9:12-CV-0539
(DNH/RFT)

APPEARANCES:         OF COUNSEL:

KARL AHLERS
Plaintiff, Pro Se
#61656-305
Central New York Psychiatric Center
P.O. Box 300
Marcy, NY 13403

HON. ERIC T. SCHNEIDERMAN    CATHY Y. SHEEHAN, ESQ.
Attorney General for the State of New York  Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

  Pro se plaintiff Karl Ahlers brought this action pursuant to 42 U.S.C. § 1983. On

February 25, 2014, the Honorable Randolph F. Treece, United States Magistrate Judge,

advised by Report-Recommendation that defendants' motion for summary judgment be

granted and plaintiff's complaint be dismissed. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendants' motion for summary judgment is GRANTED; and

2. The complaint is DISMISSED in its entirety.

The Clerk is directed to serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 18, 2014
         Utica, New York.